1162

No. 96–8116.  YOUNG v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 96–8122.  MAYS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8132.  JUVENILE MALE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–723.  LUCKY STORES, INC. v. HOLIHAN.  C. A. 9th Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 96–1004.  SHEPPARD v. DIAZ.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 96–8058.  PALMER v. UNITED STATES.  Ct. App. D. C. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 96–791.  DAVIS v. WONDERLAND GREYHOUND PARK, INC., ET AL., 519 U. S. 1109;

No. 96–5594.  CALDER v. ARMSTRONG ET AL., 519 U. S. 1078;

No. 96–6604.  CRAWFORD v. BEXAR COUNTY TAX OFFICE ET AL., 519 U. S. 1080;

No. 96–6712.  PERRYMAN v. PRADO, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, 519 U. S. 1066;

No. 96–6821.  PIOTEREK v. LABOR AND INDUSTRY REVIEW COMMISSION ET AL., 519 U. S. 1097;

No. 96–6832.  COLLIGAN v. TRANS WORLD AIRLINES, 519 U. S. 1097; and

No. 96–7261.  OLSEN v. FLORIDA, 519 U. S. 1133.  Petitions for rehearing denied.

APRIL 2, 1997

No. 96–8463 (A–704).  HERMAN v. TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented